IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00538-PSF-MEH

QFA ROYALTIES LLC; and
QIP HOLDER LLC,

    Plaintiffs,

v.

SHALEEN VIRK; and
RAJA VIRK,

    Defendants.

## ORDER OF RECUSAL

The undersigned district judge must recuse himself from this case pursuant to 28 U.S.C. § 455 due to his ongoing buy-out arrangement with his former law firm, which is also defendants' counsel's law firm, and the fact that his wife is a shareholder of that law firm. The Clerk of the Court is directed to reassign this case to another district judge by random draw.

DATED: June 8, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge